No. 91–471. CHEMICAL WASTE MANAGEMENT, INC. *v.* HUNT, GOVERNOR OF ALABAMA, ET AL. Sup. Ct. Ala. [Certiorari granted, 502 U. S. 1070.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–744. PLANNED PARENTHOOD OF SOUTHEASTERN PENNSYLVANIA ET AL. *v.* CASEY, GOVERNOR OF PENNSYLVANIA, ET AL.; and

No. 91–902. CASEY, GOVERNOR OF PENNSYLVANIA, ET AL. *v.* PLANNED PARENTHOOD OF SOUTHEASTERN PENNSYLVANIA ET AL. C. A. 3d Cir. [Certiorari granted, 502 U. S. 1056.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–538. FORSYTH COUNTY, GEORGIA *v.* NATIONALIST MOVEMENT. C. A. 11th Cir. [Certiorari granted, 502 U. S. 1023.] Motion of International Association of Chiefs of Police et al. for leave to file a brief as *amici curiae* granted.

No. 91–719. PARKE, WARDEN *v.* RALEY. C. A. 6th Cir. [Certiorari granted, *ante,* p. 905.] Motion of respondent for leave to proceed further herein *in forma pauperis* granted. Motion for appointment of counsel granted, and it is ordered that J. Gregory Clare, Esq., of Louisville, Ky., be appointed to serve as counsel for respondent in this case.

No. 91–971. TWO PESOS, INC. *v.* TACO CABANA, INC. C. A. 5th Cir. [Certiorari granted, 502 U. S. 1071.] Motion of respondent to expedite consideration of motion to dismiss the writ as improvidently granted is granted. Motion of respondent to dismiss the writ as improvidently granted is denied.

No. 91–1010. PUERTO RICO AQUEDUCT AND SEWER AUTHORITY *v.* METCALF & EDDY, INC. C. A. 1st Cir. [Certiorari granted, *ante,* p. 918.] Motion of respondent for summary disposition denied.

No. 91–1270. RICHARDS, GOVERNOR OF TEXAS, ET AL. *v.* TERRAZAS ET AL. Appeal from D. C. W. D. Tex. The Solicitor General is invited to file a brief in this case expressing the views of the United States.